PROB 12C
(6/16)

Report Date: September 26, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 6 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Patrick Day                Case Number: 0980 2:14CR00172-LRS-1

Address of Offender: ███████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 3, 2012

| | |
|---|---|
| Original Offense: | Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(9) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 28 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | April 23, 2014 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | April 22, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On September 23, 2016, Mr. Jason Patrick Day was arrested in Tekoa, Washington, located in Whitman County, for: Unlawful Possession of a Firearms in the 1st Degree, in violation of R.C.W. 9.41.040, a Class B Felony; Possession of a Controlled Substance, in violation of R.C.W. 69.50.401, a Class B Felony; Resisting Arrest, in violation of R.C.W. 9A.76.040, a misdemeanor; and Making False Statements to a Public Servant, in violation of 9A.76.175, a gross misdemeanor. |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: On September 23, 2016, Mr. Jason Patrick Day was arrested in Tekoa, Washington, located in Whitman County. According to the police report, during the search of Mr. Day, incident to arrest, a glass methamphetamine pipe was located in his right front pocket. Also located in Mr. Day's right front pocket was an Altoid's tin, in which two |

bags containing methamphetamine were located. Mr. Day initially indicated to law enforcement officers that he located both items on the ground. Mr. Day later indicated that he was a "drug addict" and had been trying to kick the habit forever. He indicated that he wanted to go to treatment. The offender also admitted to possessing a second methamphetamine pipe later located in the vehicle that Mr. Day was a passenger in.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 26, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/26/16
Date