PROB 12C
(6/16)

Report Date: May 14, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 17 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Patrick Day        Case Number: 0980 2:14CR00172-LRS-1

Address of Offender:                       Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 3, 2012

Original Offense:        Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(9)

Original Sentence:       Prison - 28 Months;        Type of Supervision: Supervised Release
                         TSR - 36 Months

Revocation Sentence:     Prison - 7 Months;
(March 14, 2017)         TSR - 29 Months

Asst. U.S. Attorney:     Russell E. Smoot            Date Supervision Commenced: October 19, 2017

Defense Attorney:        Federal Public Defender     Date Supervision Expires: March 18, 2020

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

         **Supporting Evidence**: On October 19, 2017, Mr. Jason Day signed his conditions for case number 2:14CR00172-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Day was made aware by his U.S. probation officer that he was required to refrain from any unlawful use of a controlled substance.

         Mr. Day is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about May 3, 2018.

         Specifically, on May 3, 2018, Mr. Day submitted to urinalysis testing at his residence as directed by the undersigned officer. The sample collected was determined to be presumptive positive for amphetamine, methamphetamine, and morphine. It should be noted, Mr. Day

Prob12C
**Re: Day, Jason Patrick**
**May 14, 2018**
**Page 2**

was prescribed Hydrocodone at the time of testing. Mr. Day adamantly denied the illicit use of any substance not prescribed to him.

On May 7, and May 8, 2018, lab reports were received with respect to the collected sample. The results of laboratory testing confirmed the sample as being positive for Hydrocodone, consistent with the client's prescription medication, amphetamine, and methamphetamine.

2   **Special Condition # 10**: For the first seven (7) months of supervised release, you shall be restricted to your residence at all times except for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the U.S. Probation Office.

**Supporting Evidence**: On October 19, 2017, Mr. Jason Day signed his conditions for case number 2:14CR00172-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Day was made aware by his U.S. probation officer that he was required to seek permission for all travel in advance with the exception of emergencies, and such trips were to be only for the destination approved.

Mr. Day is alleged to have violated special condition number 10 by traveling to unauthorized locations on May 5, May 7, May 9, and May 12, 2018, without the advance approval of the undersigned officer.

Specifically, on May 5, 2018, the undersigned officer received a text message from the client in which he indicated he had stopped at a yard sale while on approved travel. Mr. Day was reminded the undersigned officer was required to approve all travel requests while on home confinement and trips were required to be straight to the destination, and then returning to his residence. Mr. Day apologized and stated he understood. Mr. Day arrived home 9 minutes late past his scheduled return time on the day in question.

On May 7, 2018, Mr. Day contacted the U.S. Probation Office and requested the ability to travel to attend a funeral showing to be held in Spokane. Mr. Day's request was granted; however, upon review of his location monitoring maps it was observed he did not travel in proximity to where he indicated the event would be held. Mr. Day was actually observed, based on GPS monitoring, to enter and remain in Aspen Sound, an electronics store, located on North Division. Mr. Day remained at or near the location for approximately 30 minutes.

On May 9, 2018, Mr. Day was on approved travel near Airway Heights, Washington, when he was observed on GPS mapping to have again visited the same site where he had previously traveled for the yard sale he admitted to attending on May 5, 2018. Mr. Day appears to remain in or near the residence for almost 30 minutes. Mr. Day maintains he purchased a Subway sandwich and parked near the residence while eating to find out the address of his next approved itinerary stop.

On May 12, 2018, Mr. Day was approved to travel to Colville, Washington, to secure stolen personal property from law enforcement, which Mr. Day had left in the area, prior to his arrest in Tekoa, Washington, occurring on September 26, 2016, during his previous term of supervised release. On May 13, 2018, the undersigned officer received a text message from the client in which he began by stating "Good morning Chris. Just to let you know I deviated

Prob12C
Re: Day, Jason Patrick
May 14, 2018
Page 3

all day yesterday." Mr. Day continued, indicating he was in a poor mood and as a result made the decision to help his mother and his neighbors around their homes, and to run several personal errands, including securing a new possible residence instead of traveling to Colville. Mr. Day at no time requested permission from this officer to change his schedule and has been counseled by the undersigned officer on numerous occasions about the process for requesting a change in schedule. Mr. Day later indicated his text message was meant in a joking manner.

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 14, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/17/18
Date