PROB 12C
(6/16)

Report Date: June 1, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2018

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Patrick Day                    Case Number: 0980 2:14CR00172-LRS-1

Address of Offender: Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 3, 2012

| | | |
|---|---|---|
| Original Offense: | Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(9) | |
| Original Sentence: | Prison - 28 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 14, 2017) | Prison - 7 Months;<br>TSR - 29 Months | |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: October 19, 2017 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: March 18, 2020 |

---

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/14/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 & 4 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime. |

**Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On October 19, 2017, Mr. Jason Day signed his conditions for case number 2:14CR00172-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Day was made aware by his U.S. probation officer that he was required to refrain from the commission of any federal, state or local crime, and he was required to refrain from the possession of any controlled substance.

Mr. Day is alleged to have violated mandatory conditions number 2 and 3, by having in his possession on May 31, 2018, at the time of his arrest and subsequent booking into the Spokane County Jail, a clear plastic baggy with a crystal like substance that field tested

positive for methamphetamine.

Specifically, on May 31, 2018, Spokane police officers contacted Mr. Day at a residence other than his approved residence located on East Broad in Spokane, Washington, at which time he was taken into custody for an outstanding Washington State Department of Corrections warrant. Following officer's attempt to take Mr. Day into custody, Mr. Day became resistive and was described by officers as "actively and physically resisting officer's attempt to control and handcuff him." Additionally, Mr. Day was described as not following officer's directives, reaching for his waist area, kicking out with his feet during arrest, physically keeping his hand pinned under his body so it could not be accessed by law enforcement, yelling at officers, and diving toward his right front pocket, even while restrained, in which a pocket knife was later located. Washington State Department of Corrections officers would later also report finding and securing a "switch blade" knife attached to a necklace being worn by the client as well as locating a "machete" in his vehicle.

Following medical clearance, as Mr. Day had reported injury during arrest, Mr. Day was booked into the Spokane County Jail, at which time a white crystal like substance, which field tested positive for methamphetamine, was located on his person.

According to the police report received in this matter, Mr. Jason Day was booked into the Spokane County Jail for Possession of a Controlled Substance, in violation of R.C.W. 69.50.4013, a Class C Felony. The report also notes probable cause exists to charge the client with resisting arrest, but he was only booked on the new felony charge and his Department of Corrections warrant at this time. Resisting Arrest is a violation of 9A.76.040, and is a Gross Misdemeanor.

5 **Standard Condition # 6**: You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

**Supporting Evidence**: On October 19, 2017, Mr. Jason Day signed his conditions for case number 2:14CR00172-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Day was made aware by his U.S. probation officer that he was required to advise his assigned U.S. probation officer ten days prior to any change in residence, or as soon as possible thereafter in the case of an emergency.

Mr. Day is alleged to have violated standard condition number 6 by moving from his assigned and approved residence on or about May 19, 2018.

Specifically, on May 31, 2018, Mr. Day was left a voice mail by the undersigned officer directing him to report to U.S. Probation for random urinalysis testing. After the voice mail was left, Mr. Day's residence was telephonically contacted, at which time this officer learned from the party present that Mr. Day had moved from the residence the day after he had completed location monitoring services, occurring on May 18, 2018.

It should be noted, Mr. Day had previously stayed at the alleged new residence on one occasion with the permission of his assigned U.S. probation officer, but when present at the U.S. Probation Office on May 22, 2018, the client indicated he had in fact only stayed at the

new proposed location one night, and he remained residing at his primary and approved residence. Mr. Day at no point following this interaction advised the undersigned officer he had in fact moved from his approved residence.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/14/2018, and that the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 1, 2018

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 1, 2018

Date